**Dismissed and Opinion Filed April 28, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00146-CV**

**MARTHA MELENDEZ, Appellant**
**V.**
**ALMARIE PEOPLES EDDIE, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-05857-A**

## MEMORANDUM OPINION

Before Justices Schenck, Molberg, and Nowell
Opinion by Justice Molberg

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated February 4, 2020, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated February 4, 2020, we informed appellant the docketing statement in this case was due. We cautioned appellant that failure to file the docketing statement within ten days might result in the dismissal of this appeal. By letter dated April 10, 2020, we informed appellant the clerk's record had not been

filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, (1) verification of payment or arrangements to pay for the clerk's record, or (2) written documentation that appellant had been found entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal. To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/Ken Molberg/
KEN MOLBERG
JUSTICE

200146f.p05



## Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

MARTHA MELENDEZ, Appellant

No. 05-20-00146-CV     V.

ALMARIE PEOPLES EDDIE,
Appellee

On Appeal from the County Court at
Law No. 1, Dallas County, Texas
Trial Court Cause No. CC-18-05857-
A.
Opinion delivered by Justice Molberg.
Justices Schenck and Nowell
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that appellee ALMARIE PEOPLES EDDIE recover her
costs of this appeal from appellant MARTHA MELENDEZ.

Judgment entered this 28th day of April, 2020.